```
                              United States Bankruptcy Court
                               Eastern District of New York

In re:                                                               Case No. 18-41846-ess
Vincent Boccanfuso                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: jlecky                Page 1 of 2         Date Rcvd: Apr 04, 2018
                              Form ID: 309A               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             Vincent Boccanfuso,    139 Spratt Ave,    Staten Island, NY 10306-3735
smg           +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                Brooklyn, NY 11201-3739
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
9240217       +Arvest Central Mortgag,    801 John Barrow Rd Ste 1,    Little Rock, AR 72205-6511
9240218        Best Egg/Sst,   4315 Pickett Rd,    Saint Joseph, MO 64503-1600
9240224        FM/Citizens,   121 S 13th St,    Lincoln, NE 68508-1904
9240225        Gs Bank USA,   PO Box 45400,    Salt Lake City, UT 84145-0400
9240226        Hyundai Capital Americ,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
9240230      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063-5816)
9240229        Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    PO Box 660360,
                Dallas, TX 75266-0360
9240231        Nissan-Infiniti LT,    Nissan Motor Acceptance Corp/Infinity,    PO Box 660360,
                Dallas, TX 75266-0360
9240232       +Rbs Citizens Cc,    1 Citizens Dr MSC ROP,    Riverside, RI 02915-3019
9240233        Sst/Best Egg,   Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
9240236       +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: kzazz007@yahoo.com Apr 04 2018 18:33:13     Kevin B Zazzera,    182 Rose Avenue,
                Staten Island, NY 10306
tr            +EDI: BANISSELSON.COM Apr 04 2018 22:28:00     Alan Nisselson,
                c/o Windels Marx Lane & Mittendorf LLP,    156 West 56th Street,    New York, NY 10019-3800
smg           +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Apr 04 2018 18:34:11
                NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                Albany, NY 12205-0300
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 04 2018 18:33:34
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9240215        EDI: AMEREXPR.COM Apr 04 2018 22:28:00     Amex,    Correspondence,    PO Box 981540,
                El Paso, TX 79998-1540
9240216        EDI: AMEREXPR.COM Apr 04 2018 22:28:00     Amex,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
9240220        EDI: CAPITALONE.COM Apr 04 2018 22:28:00     Capital One,    15000 Capital One Dr,
                Richmond, VA 23238-1119
9240219        EDI: CAPITALONE.COM Apr 04 2018 22:28:00     Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
9240222        EDI: DISCOVER.COM Apr 04 2018 22:28:00     Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
9240223        EDI: DISCOVER.COM Apr 04 2018 22:28:00     Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
9240228        EDI: HY11.COM Apr 04 2018 22:28:00     Hyundai Motor Finance,    PO Box 20809,
                Fountain Valley, CA 92728-0809
9240227        EDI: HY11.COM Apr 04 2018 22:28:00     Hyundai Motor Finance,    Attn: Bankruptcy,
                PO Box 20809,   Fountain Valley, CA 92728-0809
9240234        EDI: RMSC.COM Apr 04 2018 22:28:00     Syncb/lowes,    PO Box 965005,    Orlando, FL 32896-5005
9240235        EDI: RMSC.COM Apr 04 2018 22:28:00     Synchrony Bank/Lowes,    Attn: Bankruptcy,
                PO Box 965060,   Orlando, FL 32896-5060
9240238        EDI: TDBANKNORTH.COM Apr 04 2018 22:28:00     Td Bank N.A.,    70 Gray Rd,
                Portland, ME 04105-2019
9240239        EDI: TDBANKNORTH.COM Apr 04 2018 22:28:00     Td Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,   Lewiston, ME 04240-7744
9240221        E-mail/Text: creditreconciliation@peoples.com Apr 04 2018 18:33:37     Citizens Bank,
                1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9240237      ##+Tcf Mortgage Corporati,    Attn: Legal Dept,   801 Marquette Ave,    Minneapolis, MN 55402-3475
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0207-1          User: jlecky              Page 2 of 2              Date Rcvd: Apr 04, 2018
                              Form ID: 309A             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              Alan    Nisselson     anisselson@windelsmarx.com,
               theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin B Zazzera     on behalf of Debtor Vincent  Boccanfuso kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                          TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Vincent Boccanfuso** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–4968** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter **7   4/3/18** |
| Case number: | **1–18–41846–ess** | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case

Revised: 12/17

**For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's Full Name** | Vincent Boccanfuso | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 139 Spratt Ave <br> Staten Island, NY 10306–3735 | |
| **4. Debtor's Attorney** <br> Name and address | Kevin B Zazzera <br> 182 Rose Avenue <br> Staten Island, NY 10306 | Contact Phone (718) 987–2700 <br> Email: kzazz007@yahoo.com |
| **5. Bankruptcy Trustee** <br> Name and address | Alan Nisselson <br> c/o Windels Marx Lane & Mittendorf LLP <br> 156 West 56th Street <br> New York, NY 10019 | Contact Phone (212) 237–1199 <br> Email: anisselson@windelsmarx.com |
| **6. Meeting of Creditors** | **May 2, 2018 at 10:30 AM** | Location: <br> **271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800** |
| **7. Deadlines** <br> The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:** <br> **You must file a Complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 7/2/18** <br><br> **You must file a Motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8. Presumption of Abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. <br> The presumption of abuse does not arise. | |
| **9. Bankruptcy Clerk's Office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 <br><br> Clerk of the Bankruptcy Court: <br> Robert A. Gavin, Jr. | Hours Open: <br> Monday – Friday 9:00 AM – 4:30 PM <br><br> Contact Phone (347) 394–1700 <br> Date: 4/4/18 |

**For more information, see page 2 >**

Debtor **Vincent Boccanfuso**                                                                                           Case number **1–18–41846–ess**

| | | |
|---|---|---|
| **10.** | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11.** | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12.** | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **13.** | **Proof of Claim** | Deadline for holder(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):    **Filing Deadline: 06/12/2018**<br><br>No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the debtor(s)' principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14.** | **Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| **15.** | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| **16.** | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **17.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| **18.** | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| **19.** | **Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| **20.** | **Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |