

windelsmarx.com

**Alan Nisselson**  
212.237.1093  
bktrustee@windelsmarx.com

**156 West 56th Street | New York, NY 10019**  
T. 212.237.1000 | F. 212.262.1215

<u>**Electronically Filed**</u>                    July 25, 2018

The Honorable Elizabeth S. Stong  
United States Bankruptcy Judge  
United States Bankruptcy Court  
Eastern District of New York  
271-C Cadman Plaza East  
Brooklyn, New York 11201

**Re:**   **In re Vincent Boccanfuso, Debtor**  
<u>**Chapter 7 Case No. 1-18-41846-ess**</u>  
<u>**Our File No. 820740-999**</u>

Dear Judge Stong:

I write to rescind the Trustee's Statement Re: Failure to Appear at Meeting of Creditors, which was filed on July 24, 2018, in error.

                Respectfully submitted,

                <u>/s/ Alan Nisselson</u>  
                Alan Nisselson